Matter of Isaacson (2025 NY Slip Op 00013)

Matter of Isaacson

2025 NY Slip Op 00013

Decided on January 2, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 2, 2025

PM-02-25
[*1]In the Matter of Nina Zuckerman Isaacson, an Attorney. (Attorney Registration No. 3024254.)

Calendar Date:December 23, 2024

Before:Pritzker, J.P., Reynolds Fitzgerald, McShan, Powers and Mackey, JJ.

Nina Zuckerman Isaacson, Bethesda, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Nina Zuckerman Isaacson was admitted to practice by this Court in 2000 and lists a business address in Washington, DC with the Office of Court Administration. Isaacson now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Isaacson's application.
Upon reading Isaacson's affidavit sworn to November 14, 2024 and filed November 18, 2024, and upon reading the December 16, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Isaacson is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Pritzker, J.P., Reynolds Fitzgerald, McShan, Powers and Mackey, JJ., concur.
ORDERED that Nina Zuckerman Isaacson's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Nina Zuckerman Isaacson's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Nina Zuckerman Isaacson is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Isaacson is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Nina Zuckerman Isaacson shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.